NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3056

ROBERT L. KING, JR.,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. CH844E080637-I-1.

ON MOTION

ORDER

Robert L. King, Jr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Robert L. King, Jr.
      Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 07 2010

JAN HORBALY
CLERK